STATE OF RHODE ISLAND
KENT, SC.

SUPERIOR COURT

H.T. WOODS, INC., HANDWORK, INC., WOODS REAL ESTATE ASSOCIATION, INC., HAROLD T. WOODS AND ALEXANDRA WOODS

V.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY, ALIAS, THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, ALIAS, and JOHN DOE, INC.

C.A. No.

**COMPLAINT**

**COUNT I**

1. Plaintiff, H.T. Woods, Inc. is a business corporation doing business in the State of Rhode Island.

2. Plaintiff, Handwork Inc., is a business corporation doing business in the State of Rhode Island.

3. Plaintiff, Woods Real Estate Associations, Inc. is a business corporation doing business in the State of Rhode Island.

4. Plaintiff, Harold T. Woods, is a resident of the State of Rhode Island.

5. Plaintiff, Alexandra Woods, is a resident of the State of Rhode Island.

6. Defendant, St. Paul Fire And Marine Insurance Company, Alias, is a business corporation doing business in the State of Rhode Island.

7. Defendant, The Hartford Steam Boiler Inspection And Insurance Company, Alias, is a business corporation doing business in the State of Rhode Island.

8. Defendant, John Doe, Inc. is a business entity presently unidentified doing business in the State of Rhode Island.

9. On or about December 21, 2004, Plaintiffs owned a printing press which was insured for property damage and business loss interruption by Defendants.

10. On or about December 21, 2004 said press was damaged in the course of its business use.

11. The damage which occurred to Plaintiff's press was and should have been a covered event under their policies with Defendants.

12. Plaintiffs made timely demand upon Defendants to timely repair the press, compensate them for their losses and complied with all terms of the policies but Defendants refused to properly and timely repair the press and compensate Plaintiffs for their damages.

13. As a result of Defendants' failures as identified above, and breaches of their contracts with Defendants, Plaintiffs suffered additional and consequential damages beyond the initial loss.

WHEREFORE, Plaintiffs demand judgment against the Defendants plus interest and costs and such other relief as this Court shall deem meet and just.

**COUNT II**

14. Plaintiffs reallege and incorporate herein paragraphs 1 through 13 of Count I of this Complaint.

15. Defendants have failed to adequately adjust the losses under the policy as aforesaid.

16. Defendants' failure to adjust the losses are bad faith insurance practices made with malice, wantonness and willfulness in violation of Rhode Island law, statutes and regulations pertaining to insurance companies, including, but not limited to, R.I.G.L. 9-1-33.

17. Under Rhode Island law Plaintiffs are entitled to compensatory damages, multiple damages and attorney fees for Defendants' willful and bad faith practices as aforesaid.

WHEREFORE, Plaintiffs demand that this Court establish their compensatory damages, punitive damages, interest, costs, and attorney fees to the fullest extent permitted by Rhode Island law.

The Plaintiffs
By their Attorneys

Paul S Cantor

Paul S. Cantor, #3177
321 South Main Street, Suite 302
Providence, RI 02903
Tel: 401.351.8200
Fax: 401.351.9032

Thomas Dickinson (PSC)

Thomas Dickinson, #2520
Law Offices of Thomas Dickinson
1312 Atwood Avenue
Johnston, RI 02919
Tel: 401.490.8083
Fax: 401.942.4918

Date: 12/20/06

**Plaintiff hereby demands a trial by jury.**

CERTIFIED MAIL

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
Department of Business Regulation
INSURANCE DIVISION
233 Richmond Street, Suite 233
Providence, R.I. 02903-4233

7004 0750 0002 4545 9871

UNITED STATES POSTAGE

Hartford Steam Boiler Inspection and
Insurance Company
Ms. Roberta O'Brien
One State Street
Hartford CT 06102

06102@8900 0000

# State of Rhode Island and Providence Plantations

..............................................,SC

## PROOF OF SERVICE

I hereby certify that on the ............................................ day of ...................................................... I served a copy of this summons and a copy of the complaint received therewith upon ..................................................................................

..........................................................................................................................................................................

in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house,........................................................

......................................................................................................, with a person of suitable age and discretion then residing therein. (Address)

By leaving a copy of the summons and complaint at his/her usual place of abode, ............................................
......................................................................................................, with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ........................................................................................................................

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

..........................................................................................................................................................................

..........................................................................................................................................................................

..........................................................................................................................................................................

Sheriff's Fees

Travel .......................... $............................

Service ........................ $............................

$............................

..................................................................
Deputy Sheriff

CIVIL ACTION

FILE NO. ......06-1184..............

SUMMONS

SUPERIOR COURT

H.T. Woods, Inc., et al

VS

St. Paul Fire and Marine Insurance Company, Alias et al

Paul S. Cantor

ATTORNEY FOR PLAINTIFF

Please serve Defendant, St. Paul Fire and Marin Ins. Co. through A. Michael Marques in his capacity as Director of DBR, 233 Richmond St., Prov., RI

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.