**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| H.T. WOODS, INC. ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY, ALIAS, THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, ALIAS, AND JOHN DOE, INC.<br><br>Defendants. | : | CIVIL ACTION NO. |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant St. Paul Fire & Marine Insurance Company ("St. Paul"), hereby submits this Corporate Disclosure Statement. St. Paul states that it is a wholly-owned subsidiary of The Travelers Companies, Inc. The Travelers Companies, Inc. is a publicly-traded corporation.

DEFENDANT, ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Day Pitney LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)

Its Attorney

DATED: April 30, 2007

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed on April 30, 2007, postage prepaid, to:

Paul S. Cantor, Esq.
321 South Main Street, Suite 302
Providence, RI 02903
*Attorney for Plaintiffs*

Thomas Dickinson, Esq.
Law Offices of Thomas Dickinson
1312 Atwood Avenue
Johnston, RI 02919
*Attorney for Plaintiffs*

Joseph K. Scully