# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

H.T. Woods, et al.
Plaintiff(s)

v. St. Paul Fire & Marine Insurance Co., The Hartford Steam Boiler Inspection & Insurance Co., John Doe, Inc.
Defendant(s)

Dkt. No. 1:07cv-00149

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant St. Paul Fire & Marine Ins. Co. & The Hartford Steam Boiler Inspection & Ins. Co. hereby moves that Maria E. Kokiasmenos be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

St. Paul Fire & Marine Ins. Co. & The Hartford Steam Boiler Inspection & Ins. Co.
(Plaintiff/Defendant)

By: Joseph K. Scully
Bar ID No.: 6217
Address: Day Pitney LLP
CityPlace I
Hartford, CT 06103

DATED: May 2, 2007

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Connecticut and of the following Federal District Court and/or Court of Appeals Bar(s) District of Connecticut, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Maria Kokiasmenos

Signature of *Pro Hace Vice* Applicant

Maria Kokiasmenos 425001

Print Name State Bar ID#

Day Pitney LLP

Firm Name

CityPlace I, Hartford, CT 06103

Business Address

860-275-0100 860-275-0343

Tel # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Joseph Scully

Signature of Local Counsel

Joseph K. Scully 6217

Print Name R.I. Bar ID #

Day Pitney LLP, Hartford,

CT 06103

Firm and Business Address

Tel # 860-275-0100 Fax # 860-275-0343

---

**ORDER**

This motion is hereby ______________________

______________________

District Judge

Date: