**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| H.T. WOODS, INC. ET AL. | : | |
| | : | CIVIL ACTION NO. |
| Plaintiffs, | : | |
| | : | 1:07-CV-00149-T-DLM |
| v. | : | |
| | : | |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, ALIAS, THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, ALIAS, AND JOHN DOE, INC. | : | |
| | : | |
| Defendants. | : | MAY 3, 2007 |

**CERTIFICATE OF SERVICE**

Defendants, St. Paul Fire and Marine Insurance Company and The Hartford Steam Boiler Inspection and Insurance Company, hereby certify that on May 2, 2007 a copy of its **Motion for Admission Pro Hac Vice (Document No. 4)** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

DEFENDANTS, ST. PAUL FIRE AND MARINE INSURANCE COMPANY and THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY

/s/ Joseph K. Scully

Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Day Pitney LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Its Attorney

**CERTIFICATION**

I hereby certify that on May 3, 2007 a copy of foregoing **Certificate of Service** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph K. Scully
Joseph K. Scully (#6217)