UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. No. 2007-cv-00149-T-DLM

H.T. WOODS, INC., et al,
Plaintiffs,

vs.

ST. PAUL FIRE & MARINE INSURANCE COMPANY, et al.,
Defendants.

ENTRY OF APPEARANCE

The undersigned hereby enters his appearance as counsel of record for all plaintiffs in the within matter.

RESPECTFULLY SUBMITTED:

/s/Thomas More Dickinson
Thomas More Dickinson (No. 2520)
Law Office of Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: May 3, 2007

CERTIFICATION

I hereby certify that the within document was served upon all parties hereto by transmitting a copy to the address of record of their counsel of record via email through this Court's electronic filing system.

/s/Thomas More Dickinson

Thomas More Dickinson (No. 2520)
Law Office of Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: May 3, 2007