**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| H.T. WOODS, INC. ET AL. | : | CIVIL ACTION NO. |
| | : | |
| Plaintiffs, | : | 1:07-CV-00149-T-DLM |
| | : | |
| v. | : | |
| | : | |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, ALIAS, THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, ALIAS, AND JOHN DOE, INC. | : | |
| | : | |
| Defendants. | : | MAY 4, 2007 |

**STIPULATION TO EXTEND TIME**
**<u>IN WHICH TO RESPOND TO THE COMPLAINT</u>**

Pursuant to Fed. R. Civ. P. 6 and 12 and Local Rule 29(b), it is hereby stipulated by the parties that the time in which the Defendants St. Paul Fire and Marine Insurance Company and The Hartford Steam Boiler Inspection and Insurance Company (collectively the "Defendants") shall have to respond to the Complaint filed in this matter shall be extended by fourteen (14) days up through and including May 22, 2007.

PLAINTIFF, H.T. WOODS, INC., ET AL

/s/ Paul S. Cantor

Paul S. Cantor (#3177)
321 South Main Street
Providence, RI 02903
(401) 351-8200
(401) 351-9032 (fax)

Thomas Dickinson (#2520)
Law Offices of Thomas Dickinson
1312 Atwood Avenue
Johnston, RI 02919
(401) 490-8083
(401) 942-4918

DEFENDANTS, ST. PAUL FIRE AND MARINE INSURANCE COMPANY and THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY

/s/ Joseph K. Scully

Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Day Pitney LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Its Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on May 4, 2007 a copy of foregoing **Stipulation to Extend Time in Which to Respond to the Complaint** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph K. Scully
Joseph K. Scully (#6217)