STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2006-1184 H.T. WOODS INC V ST. PAUL FIRE & MARINE INS CO

Filing Date: 12-20-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: PROPERTY DAMAGE
Status Date: 05-02-2007

| | |
|---|---|
| Plaintiff: H.T. WOODS INC<br>ID: @10879808 | Attorney: PAUL CANTOR<br>Attorney: PAUL CANTOR |
| Plaintiff: HANDWORK INC<br>ID: @10879809 | |
| Plaintiff: WOODS REAL ESTATE ASSOCIATION INC<br>ID: @10879810 | Attorney: PAUL CANTOR |
| Plaintiff: HAROLD WOODS<br>ID: @10879811 | Attorney: PAUL CANTOR |
| Plaintiff: ALEXANDRA WOODS<br>ID: @10879812 | Attorney: PAUL CANTOR |
| Defendant: ST. PAUL FIRE & MARINE INSURANCE COMP<br>ID: @10879813 | |
| Defendant: THE HARTFORD STEAM BOILER INSPECTIOI<br>ID: @10879814 | |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 12-20-2006 | COMPLAINT FILED | |
| 12-20-2006 | INITIAL FILING FEE | |
| 12-20-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCK55045. |
| 04-11-2007 | SUMMONS,PROOF OF SERVICE FILED | 2 FILED |
| 05-02-2007 | NOTICE OF REMOVAL | TO UNITED STATES DISTRICT COURT OF RHODE ISLAND |
| 05-02-2007 | CASE REMVD TO US DISTRICT CT | |
| 05-02-2007 | OTH DOC FILED DURING DISCOV | |

TRUE COPY ATTEST

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT