**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| H.T. WOODS, INC. ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY, ALIAS, THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, ALIAS, AND JOHN DOE, INC.<br><br>Defendants. | : : : : : : : : : : : : : | CIVIL ACTION NO. 1:07-CV-00149-T-DLM<br><br>**JURY DEMANDED**<br><br>MAY 22, 2007 |

**ANSWER AND AFFIRMATIVE DEFENSES**

**COUNT I**

1. As to Paragraph 1, Defendants have insufficient knowledge and information upon which to form a belief and therefore leave plaintiffs to their proof.

2. As to Paragraph 2, Defendants have insufficient knowledge and information upon which to form a belief and therefore leave plaintiffs to their proof.

3. As to Paragraph 3, Defendants have insufficient knowledge and information upon which to form a belief and therefore leave plaintiffs to their proof.

4. As to Paragraph 4, Defendants have insufficient knowledge and information upon which to form a belief and therefore leave plaintiffs to their proof.

5. As to Paragraph 5, Defendants have insufficient knowledge and information upon which to form a belief and therefore leave plaintiffs to their proof.

6. As to Paragraph 6, it is admitted that St. Paul is a corporation doing business in Rhode Island.

7. As to Paragraph 7, it is admitted that HSB is a corporation doing business in Rhode Island.

8. As to Paragraph 8, Defendants have insufficient knowledge and information upon which to form a belief and therefore leave plaintiffs to their proof.

9. As to Paragraph 9, Defendants have insufficient knowledge and information upon which to form a belief and therefore leave plaintiffs to their proof.

10. As to Paragraph 10, Defendants have insufficient knowledge and information upon which to form a belief and therefore leave plaintiffs to their proof.

11. As to Paragraph 11, to the extent that it states a legal conclusion, no response is required. To the extent that Paragraph 11 states any factual allegations, it is denied.

12. As to Paragraph 12, to the extent that it states a legal conclusion, no response is required. To the extent that Paragraph 12 states any factual allegations, it is denied.

13. As to Paragraph 13, to the extent that it states a legal conclusion, no response is required. To the extent that Paragraphs 13 states any factual allegations, it is denied.

**COUNT II**

1. As to Paragraph 14, that Paragraph repeats and realleges all of the allegations of Paragraphs 1 to 13 of the Complaint. Defendants, therefore, hereby incorporate by reference as though fully set forth herein their responses to the allegations of Paragraphs 1 to 13.

2. As to Paragraph 15, to the extent that it states a legal conclusion, no response is required. To the extent that Paragraph 15 states any factual allegations, it is denied.

3. As to Paragraph 16, to the extent that it states a legal conclusion, no response is required. To the extent that Paragraph 16 states any factual allegations, it is denied.

4. As to Paragraph 17, to the extent that it states a legal conclusion, no response is required. To the extent that Paragraph 17 states any factual allegations, it is denied.

## AFFIRMATIVE DEFENSES

### FIRST SPECIAL DEFENSE

The complaint fails to state a claim upon which relief may be granted against the Defendants.

### SECOND SPECIAL DEFENSE

Defendants allege that Plaintiffs failed to mitigate their losses, injuries or damages and are barred from recovering any damages which could have been avoided by reasonable mitigation efforts.

### THIRD SPECIAL DEFENSE

The complaint fails to state a cause of action against Defendants for punitive damages.

DEFENDANTS, ST. PAUL FIRE AND MARINE INSURANCE COMPANY and HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY,

/s/ Joseph K. Scully

Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Day Pitney LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)

Their Attorney

DATED: May 22, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of foregoing **Answer to Plaintiffs' Complaint** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Paul S. Cantor, Esq.
321 South Main Street, Suite 302
Providence, RI 02903
*Attorney for Plaintiffs*

Thomas Dickinson, Esq.
Law Offices of Thomas Dickinson
1312 Atwood Avenue
Johnston, RI 02919
*Attorney for Plaintiffs*

/s/ Joseph K. Scully
Joseph K. Scully (#6217)