**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| H.T. WOODS, INC. ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY, ALIAS, THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, ALIAS, AND JOHN DOE, INC.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br><br>1:07-CV-00149-T-DLM<br><br><br><br><br><br><br><br><br><br>July 6, 2007 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**OF MARIA ELENI KOKIASMENOS, ESQ.**

Pursuant to Rule 206(e)(1) of the Local Rules of the United States District Court of the District of Rhode Island, Maria Eleni Kokiasmenos, Esq., counsel of record for defendants St. Paul Fire and Marine Insurance Company and The Hartford Steam Boiler Inspection and Insurance Company (collectively the "Defendants"), hereby gives notice of her withdrawal of appearance for the Defendants.

In support of her withdrawal, Attorney Kokiasmenos states that the Defendants continue to be represented by attorneys Joseph K. Scully, a member of the bar of this court, and Ernest J. Mattei, both of Day Pitney. There are no motions presently pending before the Court and the Court has not set a trial date in this matter.

MARIA ELENI KOKIASMENOS

/s/ Maria Eleni Kokiasmenos

**CERTIFICATION OF COUNSEL**

Pursuant to Local Rule 206(e)(1), I, Joseph K. Scully, state:

1. I have an appearance in this action on behalf of the Defendants and have represented the Defendants in this action since its removal to this Court on May 5, 2007.

2. I am familiar with the matters at issue in this case.

3. I am fully prepared to address any matters in this case, including trial, without delaying the case.

4. There are no motions presently pending before the Court and the Court has not set a trial date in this matter.

DEFENDANTS, ST. PAUL FIRE AND MARINE INSURANCE COMPANY and THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY

/s/ Joseph K. Scully

Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Day Pitney LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Its Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on July 7, 2007, a copy of foregoing **Notice of Withdrawal** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph K. Scully
Joseph K. Scully (#6217)