**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| H.T. WOODS, INC. ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY, ALIAS, THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, ALIAS, AND JOHN DOE, INC.<br><br>Defendants. | : | CIVIL ACTION NO.<br><br>1:07-CV-00149-T-DLM<br><br>July 6, 2007 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**OF MARIA ELENI KOKIASMENOS, ESQ.**

Pursuant to Rule 206(e)(1) of the Local Rules of the United States District Court of the District of Rhode Island, Maria Eleni Kokiasmenos, Esq., counsel of record for defendants St. Paul Fire and Marine Insurance Company and The Hartford Steam Boiler Inspection and Insurance Company (collectively the "Defendants"), hereby gives notice of her withdrawal of appearance for the Defendants. In support of her withdrawal, Attorney Kokiasmenos states that the Defendants continue to be represented by attorneys Joseph K. Scully, a member of the bar of this court, and Ernest J. Mattei, both of Day Pitney. There are no motions presently pending before the Court and the Court has not set a trial date in this matter.

MARIA ELENI KOKIASMENOS

Maria Kokiasmenos

Maria Eleni Kokiasmenos
mek@avhlaw.com
Axinn, Veltrop & Harkrider LLP
90 State House Square
11th Floor
Hartford, CT 06103
(860) 275-8133

**CERTIFICATION OF SERVICE**

I hereby certify that on July 6, 2007, I served a copy of foregoing **Notice of Withdrawal** by first class mail, postage prepaid on:

Joseph K. Scully (#6217)
Day Pitney LLP
CityPlace I
Hartford, CT 06103-3499

*Attorney for the Defendants*

Paul S. Cantor, Esq.
321 South Main Street, Suite 302
Providence, RI 02903

-and-

Thomas Dickinson, Esq.
Law Offices of Thomas Dickinson
1312 Atwood Avenue
Johnston, RI 02919
*Attorney for Plaintiffs*

Maria Kokiasmenos

Maria Eleni Kokiasmenos