**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

H.T. WOODS, INC., HANDWORK, INC., WOODS REAL ESTATE ASSOCIATION, INC., HAROLD T. WOODS AND ALEXANDRA WOODS

V. C.A. No. 1:07-CV-00149-T-DLM

ST. PAUL FIRE AND MARINE INSURANCE COMPANY, ALIAS, THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, ALIAS, and JOHN DOE, INC.

**ASSENTED TO MOTION TO EXTEND PRETRIAL DATES**

Now come the Plaintiffs, H.T. Woods, Inc., et al, and move that present pre-trial dates established by the Scheduling Order dated July 20, 2007 be extended 60 days respectively, so that the new dates will be as follows:

1. Discovery Closure Date: June 30, 2008
2. Plaintiffs' Expert Disclosure: April 30, 2008
3. Defendants' Expert Disclosure: May 31, 2008
4. Any motions for summary judgment must be made within twenty days of the Discovery Closure date which is June 30, 2008.
5. Any other deadlines will be computed according to the guidelines set out in the original Scheduling Order.

Plaintiff represents that this Motion is being filed because additional time is necessary in light of extensive document review, analysis and preparation required to properly formulate and disclose expert opinion and complete discovery. Plaintiff represents that this is the first request

for such an extension and Plaintiff does not anticipate that another such request will be necessary.

Finally, Plaintiffs represents that Defendants have no objection to this Motion to Extend.

Plaintiffs
By their Attorney,

/s/ Paul S. Cantor

Paul S. Cantor, Esq. (#3177)
321 South Main Street, Suite 302
Providence, RI 02903
Tel: 401-351-8200
Fax: 401-351-9032

**CERTIFICATION**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 26, 2008.

/s/ Paul S. Cantor