**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| H.T. WOODS, INC. ET AL. | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 1:07-CV-00149-T-DLM |
| v. | : | |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, ET AL. | : | |
| Defendants. | : | JUNE 19, 2008 |

## ASSENTED-TO MOTION TO EXTEND PRETRIAL DEADLINES

Pursuant to Fed. R. Civ. P. 6 and 26, the Defendants St. Paul Fire and Marine Insurance Company and The Hartford Steam Boiler Inspection and Insurance Company (collectively the "Defendants") hereby moves to amend the Pretrial Order in this matter by extending for an additional thirty (30) days the deadlines for (1) completing depositions and (2) filing summary judgment motions. Defendants respectfully requests that the Court modify the Pretrial Order as follows (current deadlines are indicated in parenthesis):

a. Fact discovery shall be completed by July 30, 2008—"Closure Date" (presently June 30, 2008);

b. Any motions for summary judgment shall be filed within twenty (20) days of the Closure Date (presently 20 days after June 30, 2008) or in accordance with such schedule as the Court may order as a result of the parties' pre-briefing summary judgment conference with the Court under paragraph 7 of the Court's Scheduling Order.

As grounds for this motion, Defendants state the following:

1. This joint motion is made in good faith and is not intended to delay this matter unnecessarily. Although the parties have conducted substantial discovery in this action, the additional thirty days requested are necessary in order to complete the deposition of several witnesses in this matter. To date, the parties have served and responded to written discovery on each other. In addition to the voluminous documents exchanged between the parties, the parties have also subpoenaed documents from several third-party entities. The Defendants have deposed the two individual plaintiffs in this action. Each party has disclosed their expert witnesses and reports in accordance with the existing scheduling order and the Defendants have taken the deposition of Plaintiffs' expert witness. The parties have scheduled the deposition of several witnesses during the month of June; however, due to scheduling difficulties of the parties and witnesses it will not be possible to conduct all of the necessary depositions before the existing discovery deadline of June 30, 2008. Among other things, the Plaintiffs intend on deposing the Defendants' claims handler and two expert witnesses who were disclosed, in accordance with the Court's Scheduling Order within the last month.

2. Granting this motion would serve the interests of judicial economy in that it will facilitate a just and speedy resolution of this matter by permitting the parties to complete all necessary discovery in an orderly fashion. The parties intend to file summary judgment motions which they believe, at the very least, will narrow the issues in dispute substantially. The purpose of the requested extension is to afford the parties sufficient time to complete the depositions of several important witnesses. Completing such depositions will develop a fuller record for the purposes of both summary judgment and settlement discussions.

3. Although the Court has once before granted an extension of time requested by the Plaintiffs (Docket No. 17), this is the Defendants' first request for an extension of time and the Defendants respectfully submit that they have demonstrated good cause for granting this extension. Given that the requested extension is for the purpose of concluding a relatively few number of depositions before summary judgment briefing, Defendants do not anticipate the need for any further extensions. Moreover, counsel already have conferred for the purposes of scheduling the necessary depositions within the requested extended period, if the Court were to grant this motion.

4. There is no trial date set in this matter.

5. The Defendants have conferred with Plaintiffs counsel who assents to this motion to extend. If the Court desires, the parties are prepared to appear before the Court and provide a fuller explanation of the reasons necessitating the requested extensions.

For all the foregoing reasons, Defendants respectfully requests that the Court grant this motion and extend the deadline for completing discovery and filing summary judgment motions by an additional thirty (30) days.

DEFENDANTS, ST. PAUL FIRE AND
MARINE INSURANCE COMPANY and THE
HARTFORD STEAM BOILER INSPECTION
AND INSURANCE COMPANY,

__/s/ Joseph K. Scully____________________

Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
(860) 275-0100
(860) 275-0343 (fax)
Their Attorney

## CERTIFICATION

I hereby certify that on June 19, 2008, a copy of foregoing **Assented-To Motion to Extend Pretrial Deadlines** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph K. Scully
Joseph K. Scully